**WHITE AND WILLIAMS LLP**
The Legal Center, One Riverfront Plaza
1037 Raymond Boulevard, Suite 230
Newark, New Jersey 07102
(201) 368-7200
*Attorneys for Defendant, Provident Life and Accident Insurance Company*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWARD D. MANZELLA,<br><br>Plaintiff,<br><br>v.<br><br>PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Defendant. | Civil Action No.: 2:17-cv-06147<br><br>**STIPULATION AND ORDER OF DISCONTINUANCE WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that the above action is hereby dismissed in its entirety with prejudice and without payment of costs or attorneys' fees by any party as against each other.

DATED: 11/28/2017

| | |
|---|---|
| STEPHEN R. BOSIN, ESQ.<br>*Attorneys for Plaintiff,*<br>*Edward D. Manzella*<br><br>BY: /s/ Stephen R. Bosin<br>STEPHEN R. BOSIN, ESQ. | WHITE AND WILLIAMS LLP<br>*Attorneys for Defendant,*<br>*Provident Life and Accident Insurance Company*<br><br>BY: /s/ Robert T. Pindulic<br>ROBERT T. PINDULIC, ESQ. |

SO ORDERED:

BY: s/ Stanley R. Chesler
HON. STANLEY R. CHESLER, U.S.D.J.